UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR413-007 |
| ) | |
| MICHAEL JERNARD SINGLETON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

Before the Court is Defendant Michael Jernard Singleton's Motion to Run Federal Sentence Concurrent With State Sentence. (Doc. 796.) In his motion, Defendant requests that the Court order his federal sentence to be served concurrently to a sentence he received as the result of the state revoking his probation. (Id. at 3.) Pursuant to the United States Sentencing Guidelines, see U.S. Sentencing Guidelines Manual § 5G1.3 cmt. n.3(C) (U.S. Sentencing Comm'n 2013), id. § 7B1.3(f) cmt. n.4, this Court ordered Defendant's federal sentence to be "served consecutively to any state term of imprisonment imposed upon the revocation of [his] state probation." (Doc. 509 at 2.) After careful consideration, the Court sees no reason to alter its prior judgment. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 22ⁿᵈ day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA